Ross Cornell, Esq.   (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email:  rc@rosscornelllaw.com
P.O. Box 1989 # 305
Big Bear Lake, CA 92315
Phone:  (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada, <br><br> Plaintiff, <br><br> v. <br><br> The Rampaw Corporation, et al. <br><br> Defendants. | Case No.: <br> 5:21-cv-01778-JGB-SHK <br><br> **NOTICE OF SETTLEMENT** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety as to all parties and all causes of action.  Pursuant to the terms of a written settlement agreement executed by the parties, the parties request the Court maintain continuing jurisdiction over the consummation of the settlement terms.

Respectfully submitted,

Dated: February 14, 2022     LAW OFFICES OF ROSS CORNELL, APC

By: /s/ *Ross Cornell*
    Ross Cornell, Esq.,
    Attorneys for Plaintiff,
    Bryan Estrada